# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

RAYVON RUTHERFORD,

                Plaintiff,                                                18 **CIVIL** 4872 (KMK)

      -against-                                            **JUDGMENT**

WESTCHESTER COUNTY, *et al.*,

                Defendants.

-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Order dated September 8, 2021, Application to dismiss this case for failure to prosecute is granted. Mr. Rutherford has not contacted the Court, nor updated his contact information for well over a year. Moreover, Mr. Rutherford ignored the Court's Order to Show Cause, filed in May 2021. While dismissal is an extreme remedy, al the relevant factors justify dismissal in tis case for the reasons noted herein and in the Court's May 2021 Order. The case is therefore dismissed without prejudice.

Dated: New York, New York
       September 9, 2021

                                                                         **RUBY J. KRAJICK**
                                                                            **Clerk of Court**
                                                **BY:**
                                                                          **Deputy Clerk**